ANNA L. REILLY, as Ancillary Administratrix of the Estate of JOHN REILLY, Deceased, Respondent, *v.* CHARLES Q. FREEMAN et al., Appellants.

*Reilly* v. *Freeman,* 109 App. Div. 4, affirmed.
(Argued March 30, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1905, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*Frank S. Black, Henderson Peck* and *James Demarest* for appellants.

*Treadwell Cleveland* and *H. W. Hayward* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.    Absent : O'BRIEN, J.

---

ROBERT F. LIVINGSTON, as Receiver of the Property of ARNOLD L. EATON, Respondent, *v.* FRED W. EATON et al., Appellants.

*Livingston* v. *Eaton,* 90 App. Div. 251, affirmed.
(Argued April 2, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Myron G. Bronner* and *Eugene E. Sheldon* for appellants.

*Charles J. Palmer* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and CHASE, JJ.    Absent : O'BRIEN, J.    Not sitting : HISCOCK, J.